IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-429-D

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES DEPARTMENT OF, AGRICULTURE, et al. | ) ) ) ) | |
| Defendants. | ) | |

For good cause having been shown upon Defendants' motion for a stay of discovery pending the Court's ruling on Defendants' Rule 12(c) motion for judgment on the pleadings, it is hereby

ORDERED that discovery is stayed pending further ruling from this Court.

This **30** day of ~~December~~ **November**, 2015.

JAMES C. DEVER, III, Chief Judge
United States District Court