IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00429-D

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) LOCAL RULE 7.1(g) NOTICE ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al. | ) ) ) |
| Defendants. | ) ) |

NOW COME Defendants, by and through the United States Attorney for the Eastern District of North Carolina, and give notice pursuant to Local Civil Rule 7.1(g) of a decision of the United States District Court for the District of Columbia in Animal Legal Defense Fund v. Vilsack, No. 1:14-CV-1462-CKK (D.D.C. Mar. 14, 2016) [DE-48], which contains analysis of the same legal issues that are presented in this case and provides persuasive authority in further support of Defendants' Motion for Judgment on the Pleadings [DE-8].

Respectfully submitted, this 15th day of March, 2016.

>JOHN STUART BRUCE
>ACTING UNITED STATES ATTORNEY
>
>BY: /s/ Matthew L. Fesak
>    MATTHEW L. FESAK
>Assistant United States Attorney
>Civil Division
>310 New Bern Avenue
>Suite 800 Federal Building
>Raleigh, N.C.  27601-1461
>Telephone:  (919) 856-4530
>Facsimile:  (919) 856-4821
>E-mail: matthew.fesak@usdoj.gov
>N.C. Bar No. 35276
>Attorney for Defendants

CERTIFICATE OF SERVICE

I do hereby certify that I have this 15th day of March, 2016, served a copy of the foregoing upon Jonathan D. Sasser and Joseph Hammond with Ellis & Winters, LLP, by electronically filing the foregoing with the Court on this date using the CM/ECF system or by placing a copy in the U.S. Mail.

>/s/ Matthew L. Fesak
>MATTHEW L. FESAK
>Assistant United States Attorney
>Civil Division
>310 New Bern Avenue
>Suite 800 Federal Building
>Raleigh, N.C.  27601-1461
>Telephone:  (919) 856-4530
>Facsimile:  (919) 856-4821
>E-mail: matthew.fesak@usdoj.gov
>N.C. Bar No. 35276
>Attorney for Defendants