| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br>         Plaintiff, <br> V. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE and TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, <br>         Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:15-CV-429-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for judgment on the pleadings [D.E. 8] and DENIES plaintiff's motion to strike [D.E. 20]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close the case.

**This Judgment Filed and Entered on July 12, 2016, and Copies To:**

| | |
|---|---|
| Jenni R. James | (via CM/ECF Notice of Electronic Filing) |
| Joseph Hammond | (via CM/ECF Notice of Electronic Filing) |
| Katherine A. Meyer | (via CM/ECF Notice of Electronic Filing) |
| Jonathan D. Sasser | (via CM/ECF Notice of Electronic Filing) |
| Matthew Lee Fesak | (via CM/ECF Notice of Electronic Filing) |

DATE:                                     JULIE RICHARDS JOHNSTON, CLERK

July 12, 2016                (By) /s/ Nicole Briggeman

                                                    Deputy Clerk