IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:15-CV-429-D

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | NOTICE OF APPEAL |

Notice is hereby given pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure that the Plaintiff, People for the Ethical Treatment of Animals, Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment signed, filed, and entered on the 12th day of July, 2016 (DE 23 and 24).

This the 7th day of September, 2016.

                        Respectfully submitted,

/s/ Katherine A. Meyer
Katherine A. Meyer
D.C. Bar No. 244301
Meyer Glitzenstein & Eubanks LLP
4115 Wisconsin Ave., N.W.
Suite 210
Washington, D.C. 20016
(202) 588-5206
(202) 588-5049 (fax)
Kmeyer@meyerglitz.com

/s/ Jonathan D. Sasser
Jonathan D. Sasser
NC Bar No. 10028
Ellis & Winters LLP
P.O Box 33550
Raleigh, NC 27636
(919) 865-7000
(919) 865-7010 (fax)
jon.sasser@elliswinters.com

Jenni James
CA Bar No. 286460
PETA Foundation
1536 16th Street, N.W.
Washington, D.C. 20016
(805) 206-9316
(202) 540-2208 (fax)
jennij@petaf.org

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

>Matthew L. Fesak
>Assistant United States Attorney
>Civil Division
>310 New Bern Avenue
>Suite 800, Federal Building
>Raleigh, NC 27601-1461
>Email: matthew.fesak@usdoj.gov

>/s/ Jonathan D. Sasser
>Jonathan D. Sasser
>N.C. State Bar No. 10028
>ELLIS & WINTERS LLP
>PO Box 33550
>Raleigh, North Carolina 27636