# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 09/07/16

☑ First NOA in Case

___ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA   ___ Paper Supp.

Vols: _____

Other: ___

**District:**

Eastern District of North Carolina

**Division:**

Western Division (Raleigh)

**Caption:**
People for the Ethical Treatment of Animals, Inc.
v.
United States Department of Agriculture, et al

**District Case No.:**

5:15-CV-429-D

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

---

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

---

**Confinement**-Criminal Case:

___ Death row-use DP Transmittal

___ Recalcitrant witness

___ In custody

___ On bond

___ On probation

**Defendant Address**-Criminal Case:

**Fee Status:**

___ No fee required (USA appeal)   ☑ Appeal fees paid in full   ___ Fee not paid

**Criminal Cases:**

___ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:**

Honorable James C. Dever III

**Court Reporter** (list all):

**Coordinator:** Shannon Proctor

**Sealed Status** (check all that apply):

____ Portions of record under seal

____ Entire record under seal

____ Party names under seal

____ Docket under seal

---

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record transmitted

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

☑ Assembled electronic record available if requested

___ Additional sealed record available if requested

___ Paper record or supplement available if requested

☑ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

---

Deputy Clerk: Susan Tripp   _ Phone 252-638-7507   Date: 09/07/16

01/2012