FILED: September 8, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2029
(5:15-cv-00429-D)

_____

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.

   Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture

   Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:15-cv-00429-D |
| Date notice of appeal filed in originating court: | 09/07/2016 |
| Appellant | People for the Ethical Treatment of Animals, Inc. |
| Appellate Case Number | 16-2029 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |