FILED: June 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2029
(5:15-cv-00429-D)
_____

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS

       Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture

       Defendants - Appellees

-------------------------------

THE FUND FOR ANIMALS; THE HUMANE SOCIETY OF THE UNITED STATES; DELCIANNA J. WINDERS, Academic Fellow, Animal Law & Policy Program, Harvard Law School

       Amici Supporting Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK