FILED: August 21, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2029
(5:15-cv-00429-D)
_____

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS

  Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; SONNY PERDUE, in his official capacity as Secretary of the United States Department of Agriculture

  Defendants - Appellees

-------------------------------

THE FUND FOR ANIMALS; THE HUMANE SOCIETY OF THE UNITED STATES; DELCIANNA J. WINDERS, Academic Fellow, Animal Law & Policy Program, Harvard Law School

  Amici Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 28, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*